UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22329-CIV-ALTONAGA

**CORI ANN GINSBERG**,

    Plaintiff,

vs.

**AZORIO, LLC**; *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal With Prejudice of Plaintiff Cori Ann Ginsberg [ECF No. 32], filed on December 23, 2021. Being fully advised, it is

**ORDERED** that the above styled case is dismissed. The Clerk is directed to **CLOSE** the case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 27th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record